## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Nathan David Bieber                      CHAPTER 13
            Joelle Leigh Bieber
                   <u>Debtor(s)</u>           BKY. NO. 26-10104 DJB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                         Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
14 Jan 2026, 12:17:53, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322

Document ID: 06c29832df1a1cd174917c1eec48dcabd00a79b80ceacffc14ece9137c6e05d4