**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Nathan David Bieber | CHAPTER 13 |
| Joelle Leigh Bieber | |
| <u>Debtor(s)</u> | BKY. NO. 26-10104 DJB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                        Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
14 Jan 2026, 12:17:53, EST

                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322