**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Nathan David Bieber and | : | Chapter 13 |
| Joelle Leigh Bieber, | : | |
| Debtor | : | Bky. No.: 26-10104-djb |

**CERTIFICATION OF SERVICE**

I, Joseph Quinn, Esquire, attorney for Debtor, certify that I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Bankruptcy Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: January 19, 2026    By:    */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
**ROSS, QUINN & PLOPPERT, P.C.**
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
JQuinn@rqplaw.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

*On January 9, 2026*

Kenneth E. West, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com
Chapter 13 Trustee
Via:  ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
☐ Other:

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
United States Trustee
Via:  ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
☐ Other:

1

**_On January 19, 2026_**

Matthew K. Fissel, Esq.
bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com
On behalf of Creditor Lakeview Loan Servicing, LLC
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Advance Cash
PO Box 10
Parshall, ND 58770
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Affirm
225 Bush St Ste 1600
San Francisco, CA 94104
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Affirm
650 California Street, Floor 12
San Francisco, CA 94108
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Affirm
30 Isabella St, Floor 4
Pittsburgh, PA 15212
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Afterpay
222 Kearny St
#600
San Francisco, CA 94108
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Aidvantage
Po Box 3229
Wilmington, DE 19804
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Ally Bank
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Ally Bank Department
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Ally Bank Department
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Ally Financial, Inc
Attn: Bankruptcy
Po Box 380901
Bloomington, IL 55438
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
☐ Other:

Aqua
P.O. Box 70279
Philadelphia, PA 19176
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
☐ Other:

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
☐ Other:

Capital One Auto Finance
Capital One Auto Finance, Attn: Bankrupt
7933 Preston Rd
Plano, TX 75024
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
☐ Other:

Capital One Auto Finance, a division of
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
☐ Other:

Capital One Auto Finance, a division of Capital On
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Chase Auto Finance
Attn: Bankruptcy
700 Kansas Lane, La4 - 4025
Monroe, LA 71203
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Dept Of Ed/aidvantage
633 Spirit Drive
Chesterfield, MO 63005
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Diamond Credit Union
1600 Medical Dr
Pottstown, PA 19464
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Internal Revenue Service
P.O Box 7346
Philadelphia, PA 19101-7346
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Klarna
800 N High Street
Suite 400
Columbus, OH 43215
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Klarna
400 N High Street
Suite 400
Columbus, OH 43215
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

LoanCare Llc
Attn: Bankrutptcy
P.O.Box 8068
Virginia Beach, VA 23450
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Mariner Finance
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Met-Ed
PO Box 371422
Pittsburgh, PA 15250
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Mission Lane LLC
Mission Lane LLC, Attn: Bankruptcy
Po Box 105286
Atlanta, GA 30348
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Mohela/dofed
633 Spirit Drive
Chesterfield, MO 63005
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

OneMain Financial
DBA Springlf Fin
Po Box 1010
Evansville, IN 47706
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

PA Turnpike By Plate
PO Box 645631
Pittsburgh, PA 15264-5254
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Plusfinance/cws
Attn: Bankruptcy
P.O.Box 9203
Old Bethpage, NY 11804
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Sezzle
700 Nicollet Mall
Suite 640
Minneapolis, MN 55402
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Syncb/Venmo
Attn: Bankruptcy
P.O. Box 965065
Orlando, FL 32896
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

U.S. Department of Housing and Urban Development
801 Market Street 12th Floor
Philadelphia, PA 19107
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

US Attorney's Office
615 Chestnut Street
Philadelphia, PA 19106
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

WLCC Lending BGA
DBA Bison Green Lending
#1 Wakpamni Lake Housing
Batesland, SD 57716
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

WLCC Lending BGA
DBA Bison Green Lending
PO Box 191
Pine Ridge, SD 57770
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other: