SOUTHWEST ANSWERING SERVICE INC
841 E 2ND ST SUITE A
CARSON CITY NV 89701
(661)902-6215

NATHAN D BIEBER
DEPARTMENT: 5730
DD RECEIPT:   1068947686
EMPLOYEE ID:  6387

**Paycor**
A Paychex Company

FEIN: 46-2837404
Pay Period   10/16/2025 - 10/31/2025
Pay Date     11/07/2025

FITWH    Filing Status: M
PA       Filing Status: M Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 18.47 | 3.10 | 57.26 | 103.4667 | 1,901.24 |
| OT |  |  |  | 16.04 | 438.73 |
| Unfrm Sick | 18.47 | 8.00 | 147.76 | 32.00 | 588.88 |
| STO | 19.22 | 21.35 | 410.35 | 591.03 | 11,297.21 |
| Total |  | 32.45 | $615.37 | 742.5367 | $14,226.06 |
| Total Hours Worked |  | 24.45 |  | 710.5367 |  |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| USP |  |  | 7.5263 |

| Taxes | CURRENT | YTD |
|---|---|---|
| MED | 8.92 | 206.28 |
| SOC | 38.15 | 882.01 |
| PA | 18.89 | 436.75 |
| PAEUC | 0.43 | 9.95 |
| PADO8 | 6.15 | 142.27 |
| PADO8L | 2.17 | 45.57 |
| Total | $74.71 | $1,722.83 |

Net Pay    XXXXXX3009    $540.66

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SOUTHWEST ANSWERING SERVICE INC
841 E 2ND ST SUITE A
CARSON CITY NV 89701

Direct Deposit #   1068947686
Date               11/07/2025

Pay this Amount

** NON-NEGOTIABLE** DIRECT DEPOSIT RECEIPT **

VOID ** VOID **

5730   DD

Pay to the
Order of

NATHAN D BIEBER
20 WINDOVER DRIVE
GILBERTSVILLE PA 19525

DIRECT DEPOSIT $540.66
TO ACCOUNT #   XXXXXX3009
BANK #         XXXXXX5183

NON-NEGOTIABLE

# Bowman

Bowman Consulting Group
12355 Sunrise Valley
Suite 520
Reston, VA 20191
703-464-1000  Ext 1261

**Pay Statement**

Period Start Date  10/25/2025
Period End Date  11/07/2025
Pay Date  11/14/2025
Document  272735

**Net Pay**  **$2,477.18**

## Pay Details

**Nathan David Bieber**
20 Windover Dr
Gilbertsville, PA 19525
USA

| | |
|---|---|
| Employee Number | 004764 |
| SSN | XXX-XX-9493 |
| Job | Sr Data Collection Spec |
| Pay Rate | $39.0451 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | BCG Biweekly |
| Location | PA-Ft. Washington (MC HQ) |
| Region | TR - Transportation |
| Bus Unit | ECT - East Coast Transportation |
| Division | A - Alpha |
| Ops Center | 288 - ECT Mid-Atlantic TRA |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Bonus-Hourly In | 0.000000 | $0.00 | $400.00 |
| Group Term Life | | $2.22 | $49.10 |
| Paid Time Off | 4.000000 | $156.20 | $9,101.65 |
| Regular Pay | 76.000000 | $2,967.80 | $61,574.35 |

**Total Hours** 80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Pretax % | Yes | $62.48 | $1,413.52 | $0.00 | $0.00 |
| Group Term Life | No | $2.22 | $49.10 | $0.00 | $0.00 |
| Life/ADD Spouse | No | $1.50 | $26.80 | $0.00 | $0.00 |
| Vol Life/ADD EE | No | $1.50 | $34.50 | $0.00 | $0.00 |
| GTL - Life | No | $0.00 | $0.00 | $8.94 | $202.54 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $210.84 | $4,798.86 |
| Employee Medicare | $45.33 | $1,031.31 |
| Social Security Employee Tax | $193.83 | $4,409.76 |
| PA State Income Tax | $95.91 | $2,182.09 |
| UPPER DUBLIN | $31.24 | $710.76 |
| UPPER DUBLIN TWP LST | $2.00 | $48.00 |
| PA Unemployment Employee | $2.19 | $49.81 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 9.5400 | 36.6400 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx3009 | Checking | $2,477.18 |
| Total | | $2,477.18 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,126.22 | $3,063.74 | $581.34 | $67.70 | **$2,477.18** |
| YTD | $71,125.10 | $69,711.58 | $13,230.59 | $1,523.92 | $56,370.59 |

SOUTHWEST ANSWERING SERVICE INC  
841 E 2ND ST SUITE A  
CARSON CITY NV 89701  
(661)902-6215  

NATHAN D BIEBER  
DEPARTMENT: 5730  
DD RECEIPT: 1069378287  
EMPLOYEE ID: 6387  

**Paycor**  
A Paychex Company

FEIN: 46-2837404  
Pay Period 11/01/2025 - 11/15/2025  
Pay Date 11/21/2025  

FITWH  Filing Status: M  
PA     Filing Status: M  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 18.47 | 4.1333 | 76.34 | 107.60 | 1,977.58 |
| OT | | | | 16.04 | 438.73 |
| Unfrm Sick | | | | 32.00 | 588.88 |
| STO | 19.22 | 28.4167 | 546.17 | 619.4467 | 11,843.38 |
| Total | | 32.55 | $622.51 | 775.0867 | $14,848.57 |
| Total Hours Worked | | 32.55 | | 743.0867 | |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| USP | | | 8.6102 |

| Taxes | CURRENT | YTD |
|---|---|---|
| MED | 9.03 | 215.31 |
| SOC | 38.60 | 920.61 |
| PA | 19.11 | 455.86 |
| PAEUC | 0.44 | 10.39 |
| PADO8 | 6.23 | 148.50 |
| PADO8L | 2.17 | 47.74 |
| Total | $75.58 | $1,798.41 |

Net Pay    XXXXXX3009    $546.93

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SOUTHWEST ANSWERING SERVICE INC  
841 E 2ND ST SUITE A  
CARSON CITY NV 89701  

Direct Deposit # 1069378287  
Date 11/21/2025

Pay this Amount  
** NON-NEGOTIABLE** DIRECT DEPOSIT RECEIPT **            VOID ** VOID **

5730   DD

DIRECT DEPOSIT $546.93  
TO ACCOUNT # XXXXXX3009  
BANK # XXXXXX5183  

Pay to the Order of  
NATHAN D BIEBER  
20 WINDOVER DRIVE  
GILBERTSVILLE PA 19525

NON-NEGOTIABLE

# Bowman

Bowman Consulting Group
12355 Sunrise Valley
Suite 520
Reston, VA 20191
703-464-1000  Ext 1261

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/08/2025 |
| Period End Date | 11/21/2025 |
| Pay Date | 11/28/2025 |
| Document | 274937 |
| **Net Pay** | **$2,477.19** |

## Pay Details

**Nathan David Bieber**
20 Windover Dr
Gilbertsville, PA 19525
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 004764 | Pay Group | BCG Biweekly |
| SSN | XXX-XX-9493 | Location | PA-Ft. Washington (MC HQ) |
| Job | Sr Data Collection Spec | Region | TR - Transportation |
| Pay Rate | $39.0451 | Bus Unit | ECT - East Coast Transportation |
| Pay Frequency | Biweekly | Division | A - Alpha |
| | | Ops Center | 288 - ECT Mid-Atlantic TRA |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Bonus-Hourly In | 0.000000 | $0.00 | $400.00 |
| Group Term Life | | $2.22 | $51.32 |
| Paid Time Off | 0.000000 | $0.00 | $9,101.65 |
| Regular Pay | 80.000000 | $3,124.00 | $64,698.35 |

Total Hours  80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Pretax % | Yes | $62.48 | $1,476.00 | $0.00 | $0.00 |
| Group Term Life | No | $2.22 | $51.32 | $0.00 | $0.00 |
| Life/ADD Spouse | No | $1.50 | $28.30 | $0.00 | $0.00 |
| Vol Life/ADD EE | No | $1.50 | $36.00 | $0.00 | $0.00 |
| GTL - Life | No | $0.00 | $0.00 | $8.94 | $211.48 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $210.84 | $5,009.70 |
| Employee Medicare | $45.33 | $1,076.64 |
| Social Security Employee Tax | $193.82 | $4,603.58 |
| PA State Income Tax | $95.91 | $2,278.00 |
| UPPER DUBLIN | $31.24 | $742.00 |
| UPPER DUBLIN TWP LST | $2.00 | $50.00 |
| PA Unemployment Employee | $2.19 | $52.00 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 9.5400 | 46.1800 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx3009 | Checking | $1.00 |
| xxxxxx9894 | Checking | $2,476.19 |
| Total | | $2,477.19 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,126.22 | $3,063.74 | $581.33 | $67.70 | **$2,477.19** |
| YTD | $74,251.32 | $72,775.32 | $13,811.92 | $1,591.62 | $58,847.78 |

SOUTHWEST ANSWERING SERVICE INC
841 E 2ND ST SUITE A
CARSON CITY NV 89701
(661)902-6215

NATHAN D BIEBER
DEPARTMENT: 5730
DD RECEIPT: 1069760589
EMPLOYEE ID: 6387

**Paycor.**
A Paychex Company

FEIN: 46-2837404
Pay Period 11/16/2025 - 11/30/2025
Pay Date 12/05/2025

FITWH   Filing Status: M
PA      Filing Status: M  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 18.47 | 4.05 | 74.80 | 111.65 | 2,052.38 |
| OT |  |  |  | 16.04 | 438.73 |
| Unfrm Sick |  |  |  | 32.00 | 588.88 |
| STO | 19.22 | 28.55 | 548.73 | 647.9967 | 12,392.11 |
| Total |  | 32.60 | $623.53 | 807.6867 | $15,472.10 |
| Total Hours Worked |  | 32.60 |  | 775.6867 |  |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| USP |  |  | 9.6958 |

| Taxes | CURRENT | YTD |
|---|---|---|
| MED | 9.04 | 224.35 |
| SOC | 38.66 | 959.27 |
| PA | 19.14 | 475.00 |
| PAEUC | 0.44 | 10.83 |
| PADO8 | 6.24 | 154.74 |
| PADO8L | 2.17 | 49.91 |
| Total | $75.69 | $1,874.10 |

Net Pay    XXXXXX9894    $547.84

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SOUTHWEST ANSWERING SERVICE INC
841 E 2ND ST SUITE A
CARSON CITY NV 89701

Direct Deposit #  1069760589
Date  12/05/2025

Pay this Amount
** NON-NEGOTIABLE** DIRECT DEPOSIT RECEIPT **

VOID ** VOID **

5730  DD

Pay to the
Order of

NATHAN D BIEBER
20 WINDOVER DRIVE
GILBERTSVILLE PA 19525

DIRECT DEPOSIT $547.84
TO ACCOUNT #  XXXXXX9894
BANK #  XXXXXX0053

NON-NEGOTIABLE

# Bowman

Bowman Consulting Group
12355 Sunrise Valley
Suite 520
Reston, VA 20191
703-464-1000  Ext 1261

**Pay Statement**

Period Start Date  11/22/2025
Period End Date  12/05/2025
Pay Date  12/12/2025
Document  277096

**Net Pay**  $2,477.18

## Pay Details

**Nathan David Bieber**
20 Windover Dr
Gilbertsville, PA 19525
USA

| | | | |
|---|---|---|---|
| Employee Number | 004764 | Pay Group | BCG Biweekly |
| SSN | XXX-XX-9493 | Location | PA-Ft. Washington (MC HQ) |
| Job | Sr Data Collection Spec | Region | TR - Transportation |
| Pay Rate | $39.0451 | Bus Unit | ECT - East Coast Transportation |
| Pay Frequency | Biweekly | Division | A - Alpha |
| | | Ops Center | 288 - ECT Mid-Atlantic TRA |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Bonus-Hourly In | 0.000000 | $0.00 | $400.00 |
| Group Term Life | | $2.22 | $53.54 |
| Paid Time Off | 12.000000 | $468.60 | $9,570.25 |
| Regular Pay | 68.000000 | $2,655.40 | $67,353.75 |

**Total Hours** 80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Pretax % | Yes | $62.48 | $1,538.48 | $0.00 | $0.00 |
| Group Term Life | No | $2.22 | $53.54 | $0.00 | $0.00 |
| Life/ADD Spouse | No | $1.50 | $29.80 | $0.00 | $0.00 |
| Vol Life/ADD EE | No | $1.50 | $37.50 | $0.00 | $0.00 |
| GTL - Life | No | $0.00 | $0.00 | $8.94 | $220.42 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $210.84 | $5,220.54 |
| Employee Medicare | $45.33 | $1,121.97 |
| Social Security Employee Tax | $193.83 | $4,797.41 |
| PA State Income Tax | $95.91 | $2,373.91 |
| UPPER DUBLIN | $31.24 | $773.24 |
| UPPER DUBLIN TWP LST | $2.00 | $52.00 |
| PA Unemployment Employee | $2.19 | $54.19 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 9.5400 | 43.7200 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx3009 | Checking | $1.00 |
| xxxxxx9894 | Checking | $2,476.18 |
| Total | | $2,477.18 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,126.22 | $3,063.74 | $581.34 | $67.70 | **$2,477.18** |
| YTD | $77,377.54 | $75,839.06 | $14,393.26 | $1,659.32 | $61,324.96 |

**SOUTHWEST ANSWERING SERVICE INC**
841 E 2ND ST SUITE A
CARSON CITY NV 89701
(661)902-6215

**NATHAN D BIEBER**
DEPARTMENT: 5730
DD RECEIPT:     1070322486
EMPLOYEE ID:  6387


Paycor
A Paychex® Company

FEIN: 46-2837404
Pay Period   12/01/2025  -  12/15/2025
Pay Date      12/22/2025

**FITWH**   Filing Status: M
**PA**         Filing Status: M   Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 18.47 | 6.45 | 119.13 | 118.10 | 2,171.51 |
| OT | | | | 16.04 | 438.73 |
| Unfrm Sick | | | | 32.00 | 588.88 |
| STO | 19.22 | 29.5667 | 568.27 | 677.5634 | 12,960.38 |
| **Total** | | 36.0167 | $687.40 | 843.7034 | $16,159.50 |
| **Total Hours Worked** | | 36.0167 | | 811.7034 | |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| USP | | | 10.8952 |

| Taxes | CURRENT | YTD |
|---|---|---|
| MED | 9.97 | 234.32 |
| SOC | 42.62 | 1,001.89 |
| PA | 21.10 | 496.10 |
| PAEUC | 0.48 | 11.31 |
| PADO8 | 6.87 | 161.61 |
| PADO8L | 2.09 | 52.00 |
| **Total** | $83.13 | $1,957.23 |

**Net Pay**   XXXXXX9894   $604.27

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

SOUTHWEST ANSWERING SERVICE INC
841 E 2ND ST SUITE A
CARSON CITY NV 89701

Direct Deposit #   1070322486
Date                     12/22/2025

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **       VOID ** VOID **

5730    DD

DIRECT DEPOSIT  $604.27
TO ACCOUNT #    XXXXXX9894
BANK #                   XXXXXX0053

Pay to the
Order of    **NATHAN D BIEBER**
                 20 WINDOVER DRIVE
                 GILBERTSVILLE PA 19525

**N O N - N E G O T I A B L E**

# Bowman

Bowman Consulting Group
12355 Sunrise Valley
Suite 520
Reston, VA 20191
703-464-1000  Ext 1261

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/06/2025 |
| Period End Date | 12/19/2025 |
| Pay Date | 12/26/2025 |
| Document | 280186 |
| **Net Pay** | **$2,374.57** |

## Pay Details

**Nathan David Bieber**
20 Windover Dr
Gilbertsville, PA 19525
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 004764 | Pay Group | BCG Biweekly | |
| SSN | XXX-XX-XXXX | Location | PA - Ft. Washington | |
| Job | Sr Data Collection Spec | Region | TR - Transportation | |
| Pay Rate | $39.0451 | Bus Unit | ECT - East Coast Transportation | |
| Pay Frequency | Biweekly | Division | A - Alpha | |
| | | Ops Center | 288 - ECT Mid-Atlantic TRA | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Bonus-Hourly In | 0.000000 | $0.00 | $1,400.00 |
| Group Term Life | | $2.22 | $55.76 |
| Paid Time Off | 0.000000 | $0.00 | $9,570.25 |
| Regular Pay | 80.000000 | $3,124.00 | $70,477.75 |

**Total Hours** 80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Pretax % | Yes | $62.48 | $1,600.96 | $0.00 | $0.00 |
| Group Term Life | No | $2.22 | $55.76 | $0.00 | $0.00 |
| Life/ADD Spouse | No | $1.50 | $31.30 | $0.00 | $0.00 |
| Vol Life/ADD EE | No | $1.50 | $39.00 | $0.00 | $0.00 |
| GTL - Life | No | $0.00 | $0.00 | $8.94 | $229.36 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $315.46 | $5,756.00 |
| Employee Medicare | $45.33 | $1,181.80 |
| Social Security Employee Tax | $193.82 | $5,053.23 |
| PA State Income Tax | $95.91 | $2,500.52 |
| UPPER DUBLIN | $31.24 | $814.48 |
| UPPER DUBLIN TWP LST | $0.00 | $52.00 |
| PA Unemployment Employee | $2.19 | $57.08 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 9.5400 | 53.2600 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx3009 | Checking | $1.00 |
| xxxxxx9894 | Checking | $2,373.57 |
| Total | | $2,374.57 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,126.22 | $3,063.74 | $683.95 | $67.70 | **$2,374.57** |
| YTD | $81,503.76 | $79,902.80 | $15,415.11 | $1,727.02 | $64,361.63 |