```
4paear05.p 25-4                    Spring-Ford Area School District              12/10/25              Page:1
05.25.10.00.00                       11/14/2025 Check Information                                       10:54 AM




---------------EMPLOYER INFORMATION---------------        ---------------EMPLOYEE INFORMATION--------------
     Name: Spring-Ford Area School District                    Name: Bieber, Joelle L
  Address: 857 S Lewis Rd                                   Address: 20 Windover Dr
           Royersford, PA 19468                                      Gilbertsville, PA 19525



    Phone: (610) 705-6000 EXT. 6214                             SSN: xxx-xx-1617


-----------------------------------CHECK DETAIL INFORMATION-----------------------------------
       Check Date: 11/14/2025        Gross Wages:     4,432.50
     Check Number: 990510156          Net Amount:     3,097.01
       Check Type: Regular


--------------------------------TAXABLE WAGE INFORMATION--------------------------------
                                       FEDERAL         STATE          FICA       MEDICARE
                       Gross Wages:   4,432.50      4,432.50      4,432.50      4,432.50
   Minus Deductions that Decrease Tax:  612.21        229.77        229.77        229.77
              Plus Taxable Benefits:     0.00           0.00          0.00          0.00
               Taxable Gross Wages:   3,820.29      4,202.73      4,202.73      4,202.73


---------------------------------------PAYS---------------------------------------
DESCRIPTION          RATE FACTOR/HOURS    AMOUNT RETIRE HOURS  HOURS WORKED  CREDIT WEEKS  PERIOD END
SALARY FT        4,432.50         1.00  4,432.50         0.00          0.00          2.00  11/15/2025


------------------DEDUCTIONS--------------------        -------------------BENEFITS-------------------
                 --DECREASE TAX--                                              ----TAXABLE----
DESCRIPTION       AMOUNT  FED   ST   F/M                DESCRIPTION        AMOUNT  FED   ST    F/M
ASPIRE 403B        50.00   Y                            FICA                260.57
CBIZ Fee            0.92                                MEDICARE             60.94
COPAY             102.85   Y    Y    Y                  RET EMPLR CONTR   1,507.05
FEDERAL TAX       224.70
FICA              260.57
LOCAL SERV TAX      2.00
LOCAL TAX          42.03
MEDICAL CARE      126.92   Y    Y    Y
MEDICARE           60.94
PA STATE TAX      129.02
RET EE - TD       332.44   Y
STATE UNEMPLOY      3.10
         Total: 1,335.49                                         Total:   1,828.56



-----------------------------------TIME OFF SNAPSHOT INFORMATION-----------------------------------
TIME OFF CODE  TIME OFF DESCRIPTION  GROUP    BEGIN AMT      USED AMT     ALLOC AMT    REMAIN AMT
BREAV          BEREAVEMENT DAYS      9          -1 Days                                  -1 Days
DAD            DIST APP DAY          9         -11 Days                                 -11 Days
DAL            DALOA                 9
DAR            DIST APP REASSIGNMEN  9          -1 Days                                  -1 Days
DOCK           DOCK DAY              9          -1 Days                                  -1 Days
MAT            MATERNITY             9
PERS           PERSONAL DAYS         2           3 Days                                   3 Days
PROF           PROFESSIONAL DAYS     9
SICK           SICK DAYS             1         4.5 Days      0.5 Days                    4 Days


        ********************* End of report *********************
```

```
4paear05.p 25-4                    Spring-Ford Area School District                12/10/25              Page:1
05.25.10.00.00                        11/28/2025 Check Information                                       10:54 AM




---------------EMPLOYER INFORMATION---------------    ---------------EMPLOYEE INFORMATION---------------
        Name: Spring-Ford Area School District               Name: Bieber, Joelle L
     Address: 857 S Lewis Rd                              Address: 20 Windover Dr
              Royersford, PA 19468                                 Gilbertsville, PA 19525



       Phone: (610) 705-6000 EXT. 6214                        SSN: xxx-xx-1617


------------------------------------CHECK DETAIL INFORMATION------------------------------------
          Check Date: 11/28/2025          Gross Wages:     4,432.50
        Check Number: 990511212           Net Amount:      3,097.01
          Check Type: Regular


--------------------------------TAXABLE WAGE INFORMATION--------------------------------
                                        FEDERAL        STATE         FICA      MEDICARE
                      Gross Wages:     4,432.50     4,432.50     4,432.50     4,432.50
    Minus Deductions that Decrease Tax:   612.21       229.77       229.77       229.77
              Plus Taxable Benefits:       0.00         0.00         0.00         0.00
              Taxable Gross Wages:     3,820.29     4,202.73     4,202.73     4,202.73


----------------------------------------PAYS----------------------------------------
DESCRIPTION            RATE  FACTOR/HOURS      AMOUNT  RETIRE HOURS  HOURS WORKED  CREDIT WEEKS  PERIOD END
SALARY FT          4,432.50         1.00     4,432.50          0.00          0.00          2.00  11/29/2025


------------------DEDUCTIONS------------------        --------------------BENEFITS--------------------
                   --DECREASE TAX--                                        ----TAXABLE----
DESCRIPTION       AMOUNT  FED   ST   F/M              DESCRIPTION        AMOUNT  FED   ST   F/M
ASPIRE 403B        50.00   Y                          DENTAL FAMILY       99.13
CBIZ Fee            0.92                              DRUG FAMILY        625.36
COPAY             102.85   Y    Y    Y                FICA               260.57
FEDERAL TAX       224.70                              LIFE INSURANCE       5.25
FICA              260.57                              MEDICARE            60.94
LOCAL SERV TAX      2.00                              PC310-FAM-MED    1,849.60
LOCAL TAX          42.03                              RET EMPLR CONTR  1,507.05
MEDICAL CARE      126.92   Y    Y    Y                UNEMPLOY COMP        0.30
MEDICARE           60.94                              VISION FAMILY       27.96
PA STATE TAX      129.02                              WORKERS COMP        13.00
RET EE - TD       332.44   Y
STATE UNEMPLOY      3.10
           Total: 1,335.49                                      Total: 4,449.16



--------------------------------TIME OFF SNAPSHOT INFORMATION--------------------------------
TIME OFF CODE  TIME OFF DESCRIPTION  GROUP    BEGIN AMT      USED AMT     ALLOC AMT    REMAIN AMT
BREAV          BEREAVEMENT DAYS      9           -1 Days                                  -1 Days
DAD            DIST APP DAY          9          -11 Days                                 -11 Days
DAL            DALOA                 9
DAR            DIST APP REASSIGNMEN  9           -1 Days                                  -1 Days
DOCK           DOCK DAY              9           -1 Days                                  -1 Days
MAT            MATERNITY             9
PERS           PERSONAL DAYS         2            3 Days                                   3 Days
PROF           PROFESSIONAL DAYS     9
SICK           SICK DAYS             1          3.5 Days                                 3.5 Days


        ************************ End of report ************************
```

```
4paear05.p 25-4                         Spring-Ford Area School District                    12/15/25        Page:1
05.25.10.00.00                             12/12/2025 Check Information                                    10:20 AM


---------------EMPLOYER INFORMATION---------------        ---------------EMPLOYEE INFORMATION--------------
     Name: Spring-Ford Area School District                    Name: Bieber, Joelle L
  Address: 857 S Lewis Rd                                   Address: 20 Windover Dr
           Royersford, PA 19468                                      Gilbertsville, PA 19525


    Phone: (610) 705-6000 EXT. 6214                             SSN: xxx-xx-1617

---------------------------------------CHECK DETAIL INFORMATION---------------------------------------
         Check Date: 12/12/2025          Gross Wages:    4,932.50
       Check Number: 990512267            Net Amount:    3,445.06
         Check Type: Regular

-------------------------------------TAXABLE WAGE INFORMATION-----------------------------------------
                                        FEDERAL        STATE         FICA      MEDICARE
                       Gross Wages:    4,932.50     4,932.50     4,932.50     4,932.50
    Minus Deductions that Decrease Tax:   649.71       229.77       229.77       229.77
             Plus Taxable Benefits:        0.00         0.00         0.00         0.00
              Taxable Gross Wages:     4,282.79     4,702.73     4,702.73     4,702.73

-----------------------------------------------PAYS--------------------------------------------------
DESCRIPTION          RATE  FACTOR/HOURS      AMOUNT RETIRE HOURS HOURS WORKED CREDIT WEEKS PERIOD END
EXTRA CURR PAY     500.00       1.00         500.00        3.00         0.00        0.00 12/13/2025
SALARY FT        4,432.50       1.00       4,432.50        0.00         0.00        2.00 12/13/2025
                              Total:       4,932.50        3.00         0.00        2.00


-------------------DEDUCTIONS--------------------        --------------------BENEFITS--------------------
                    --DECREASE TAX--                                           ----TAXABLE----
DESCRIPTION        AMOUNT  FED   ST    F/M         DESCRIPTION         AMOUNT  FED   ST   F/M
ASPIRE 403B         50.00   Y                      FICA                291.57
CBIZ Fee             0.92                          MEDICARE             68.19
COPAY              102.85   Y    Y     Y           RET EMPLR CONTR    1,677.05
FEDERAL TAX        280.20
FICA               291.57
LOCAL SERV TAX       2.00
LOCAL TAX           47.03
MEDICAL CARE       126.92   Y    Y     Y
MEDICARE            68.19
PA STATE TAX       144.37
RET EE - TD        369.94   Y
STATE UNEMPLOY       3.45
         Total:  1,487.44                                      Total:   2,036.81


----------------------------------TIME OFF SNAPSHOT INFORMATION--------------------------------------
TIME OFF CODE  TIME OFF DESCRIPTION  GROUP   BEGIN AMT       USED AMT     ALLOC AMT      REMAIN AMT
BREAV          BEREAVEMENT DAYS        9       -1 Days                                      -1 Days
DAD            DIST APP DAY            9      -11 Days                                     -11 Days
DAL            DALOA                   9
DAR            DIST APP REASSIGNMEN    9       -1 Days                                      -1 Days
DOCK           DOCK DAY                9       -1 Days                                      -1 Days
MAT            MATERNITY               9
PERS           PERSONAL DAYS           2        3 Days                                       3 Days
PROF           PROFESSIONAL DAYS       9
SICK           SICK DAYS               1      3.5 Days                                     3.5 Days

            *********************** End of report ***********************
```

```
4paear05.p 25-4                      Spring-Ford Area School District             01/05/26              Page:1
05.25.10.00.00                          12/26/2025 Check Information                                     1:54 PM
```

```
---------------EMPLOYER INFORMATION---------------     ---------------EMPLOYEE INFORMATION--------------
     Name: Spring-Ford Area School District                  Name: Bieber, Joelle L
  Address: 857 S Lewis Rd                                 Address: 20 Windover Dr
           Royersford, PA 19468                                    Gilbertsville, PA 19525

    Phone: (610) 705-6000 EXT. 6214                          SSN: xxx-xx-1617
```

```
-------------------------------------CHECK DETAIL INFORMATION-----------------------------------
         Check Date: 12/26/2025          Gross Wages:     4,432.50
       Check Number: 990513340            Net Amount:     3,097.01
         Check Type: Regular
```

```
-------------------------------------TAXABLE WAGE INFORMATION------------------------------------
                                         FEDERAL        STATE         FICA       MEDICARE
                       Gross Wages:     4,432.50      4,432.50      4,432.50      4,432.50
     Minus Deductions that Decrease Tax:  612.21        229.77        229.77        229.77
              Plus Taxable Benefits:        0.00          0.00          0.00          0.00
               Taxable Gross Wages:     3,820.29      4,202.73      4,202.73      4,202.73
```

```
------------------------------------------------PAYS--------------------------------------------
DESCRIPTION          RATE  FACTOR/HOURS   AMOUNT  RETIRE HOURS  HOURS WORKED  CREDIT WEEKS  PERIOD END
SALARY FT         4,432.50       1.00    4,432.50      0.00          0.00          2.00    12/27/2025
```

```
-------------------DEDUCTIONS--------------------     -------------------BENEFITS--------------------
                     --DECREASE TAX--                                             ----TAXABLE----
DESCRIPTION         AMOUNT  FED  ST   F/M            DESCRIPTION         AMOUNT   FED   ST    F/M
ASPIRE 403B          50.00   Y                       DENTAL FAMILY        99.13
CBIZ Fee              0.92                           DRUG FAMILY         625.36
COPAY               102.85   Y   Y    Y              FICA                260.57
FEDERAL TAX         224.70                           LIFE INSURANCE        5.25
FICA                260.57                           MEDICARE             60.94
LOCAL SERV TAX        2.00                           PC310-FAM-MED     1,849.60
LOCAL TAX            42.03                           RET EMPLR CONTR   1,507.05
MEDICAL CARE        126.92   Y   Y    Y              UNEMPLOY COMP         0.30
MEDICARE             60.94                           VISION FAMILY        27.96
PA STATE TAX        129.02                           WORKERS COMP         13.00
RET EE - TD         332.44   Y
STATE UNEMPLOY        3.10
        Total:    1,335.49                                    Total:  4,449.16
```

```
---------------------------------TIME OFF SNAPSHOT INFORMATION----------------------------------
TIME OFF CODE   TIME OFF DESCRIPTION   GROUP    BEGIN AMT       USED AMT     ALLOC AMT    REMAIN AMT
BREAV           BEREAVEMENT DAYS         9       -1 Days                                   -1 Days
DAD             DIST APP DAY             9      -11 Days                                  -11 Days
DAL             DALOA                    9
DAR             DIST APP REASSIGNMEN     9       -1 Days                                   -1 Days
DOCK            DOCK DAY                 9       -1 Days                                   -1 Days
MAT             MATERNITY                9
PERS            PERSONAL DAYS            2        3 Days                                    3 Days
PROF            PROFESSIONAL DAYS        9
SICK            SICK DAYS                1      3.5 Days                                  3.5 Days
```

```
      ************************* End of report *************************
```