## Melissa Koons

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **Sent:** | Friday, February 13, 2026 4:46 PM |
| **To:** | courtnotices |
| **Subject:** | U.S. Bankruptcy Court, Eastern District of Pennsylvania - Returned Mail Notice, In re: Nathan David Bieber, Case Number: 26-10104, djb, Ref: [p-248126844] |
| **Attachments:** | R_P22610104309I0049.PDF |
| | |
| **Categories:** | Tracked To Dynamics 365 |

CAUTION: External Sender

Notice of Returned Mail to Debtor/Debtor's Attorney

February 13, 2026

From: United States Bankruptcy Court, Eastern District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Nathan David Bieber, Case Number 26-10104, djb

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT:** THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Philadelphia**
**900 Market Street**
**Suite 400**
**Philadelphia, PA 19107**

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Affirm
225 Bush St Ste 1600
San Francisco, CA 94104-4249

THE UPDATED ADDRESS IS:

*Attention : Bankruptcy Notice*

*30 Isabella Street, Floor 4*

1

Pittsburgh, PA 15212

_____

Signature of Debtor or Debtor's Attorney

2/16/2026

Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

2