**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Nathan David Bieber and | : | Chapter 13 |
| Joelle Leigh Bieber, | : | |
| Debtor | : | Bky. No.:  26-10104-djb |

**CERTIFICATION OF SERVICE**

I, Joseph Quinn, Esquire, attorney for Debtor, certify that on June 11, 2026 I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Bankruptcy Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: June 12, 2026          By:     */s/ Joseph Quinn*
                                      Joseph Quinn, Esquire
                                      Attorney I.D. No. 307467
                                      **ROSS, QUINN & PLOPPERT, P.C.**
                                      192 S. Hanover Street, Suite 101
                                      Pottstown, PA 19464
                                      T: 610.323.5300
                                      JQuinn@rqplaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

Kenneth E. West, Esquire
ecfemails@ph13trustee.com, philaecf@gmail.com
Standing Chapter 13 Trustee
Via:    ☒ CM/ECF   ☐1st Class Mail      ☐Certified Mail      ☐e-mail:
        ☐Other:

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
Standing United States Trustee
Via:    ☒ CM/ECF   ☐1st Class Mail      ☐Certified Mail      ☐e-mail:
        ☐Other:

1

Matthew K. Fissel, Esquire
bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com
Lakeview Loan Servicing, LLC
Attorney
Via:    ☒ CM/ECF    ☐1ˢᵗ Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Internal Revenue Service
P.O Box 7346
Philadelphia, PA 19101-7346
Creditor
Via:    ☐ CM/ECF    ☒1ˢᵗ Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Ally Bank c/o
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Capital One Auto Finance,
a division of Capital One, N.A.
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Mariner Finance
8110 Corporate Drive
Nottingham, MD 21236
Creditor
Via:    ☐ CM/ECF    ☐1ˢᵗ Class Mail    ☒Certified Mail: 9589 0710 5270 2409 1924 99
        ☐e-mail:    ☐Other:

OneMain Financial Group, LLC
PO Box 3251
Evansville, IN 47731-3251
Creditor
Via:    ☐ CM/ECF    ☐1ˢᵗ Class Mail    ☒Certified Mail: 9589 0710 5270 2409 1925 05
        ☐e-mail:    ☐Other:

2

E-ZPass and Toll By Plate
Customer Service Center
300 East Park Drive
Harrisburg, PA 17111
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Advance Cash
PO Box 10
Parshall, ND 58770
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Affirm Inc. c/o
Resurent Capital Services
PO Box 10587
Greenville, SC 29603-0587
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Afterpay
222 Kearny St. #600
San Francisco, CA 94108
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Aidvantage
Po Box 3229
Wilmington, DE 19804
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Aqua
P.O. Box 70279
Philadelphia, PA 19176
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130
Creditor
Via:      ☐ CM/ECF      ☒1st Class Mail      ☐Certified Mail      ☐e-mail:
          ☐Other:

Chase Auto Finance
Attn: Bankruptcy
700 Kansas Lane, La4 - 4025
Monroe, LA 71203
Creditor
Via:      ☐ CM/ECF      ☒1st Class Mail      ☐Certified Mail      ☐e-mail:
          ☐Other:

US Dep. of Education/MOHELA
633 Spirit Drive
Chesterfield, MO 63005
Creditor
Via:      ☐ CM/ECF      ☒1st Class Mail      ☐Certified Mail      ☐e-mail:
          ☐Other:

Diamond Credit Union
1600 Medical Dr
Pottstown, PA 19464
Creditor
Via:      ☐ CM/ECF      ☒1st Class Mail      ☐Certified Mail      ☐e-mail:
          ☐Other:

Klarna
800 N High Street
Suite 400
Columbus, OH 43215
Creditor
Via:      ☐ CM/ECF      ☒1st Class Mail      ☐Certified Mail      ☐e-mail:
          ☐Other:

Met-Ed
101 Crawford's Corbner Road
Building 1, Suite 1-511
Holmdel NJ 07733
Creditor
Via:      ☐ CM/ECF      ☒1st Class Mail      ☐Certified Mail      ☐e-mail:
          ☐Other:

Mission Lane LLC
Mission Lane LLC, Attn: Bankruptcy
Po Box 105286
Atlanta, GA 30348
Creditor
Via:   ☐ CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail:
         ☐Other:

PA Turnpike By Plate
PO Box 645631
Pittsburgh, PA 15264-5254
Creditor
Via:   ☐ CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail:
         ☐Other:

Quantum3 Group LLC as agent
for CF Medical LLC
PO Box 788
Kirkland, WA 98083-0788
Creditor
Via:   ☐ CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail:
         ☐Other:

Plusfinance/cws
Attn: Bankruptcy
P.O.Box 9203
Old Bethpage, NY 11804
Creditor
Via:   ☐ CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail:
         ☐Other:

Jefferson Capital Systems LLC
PO Box 7999
St. Cloud, MN 56302-9617
Creditor
Via:   ☐ CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail:
         ☐Other:

Sezzle
700 Nicollet Mall
Suite 640
Minneapolis, MN 55402
Creditor
Via:   ☐ CM/ECF   ☒1st Class Mail   ☐Certified Mail   ☐e-mail:
         ☐Other:

Syncb/Venmo
Attn: Bankruptcy
P.O. Box 965065
Orlando, FL 32896
Creditor
Via:      ☐ CM/ECF    ☒ 1st Class Mail      ☐ Certified Mail      ☐ e-mail:
          ☐ Other:

Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896
Creditor
Via:      ☐ CM/ECF    ☒ 1st Class Mail      ☐ Certified Mail      ☐ e-mail:
          ☐ Other:

U.S. Department of Housing and
Urban Development
801 Market Street 12th Floor
Philadelphia, PA 19107
Creditor
Via:      ☐ CM/ECF    ☒ 1st Class Mail      ☐ Certified Mail      ☐ e-mail:
          ☐ Other:

US Attorney's Office
615 Chestnut Street
Philadelphia, PA 19106
Creditor
Via:      ☐ CM/ECF    ☒ 1st Class Mail      ☐ Certified Mail      ☐ e-mail:
          ☐ Other:

WLCC Lending BGA
DBA Bison Green Lending
#1 Wakpamni Lake Housing
Batesland, SD 57716
Creditor
Via:      ☐ CM/ECF    ☒ 1st Class Mail      ☐ Certified Mail      ☐ e-mail:
          ☐ Other:

WLCC Lending BGA
DBA Bison Green Lending
PO Box 191
Pine Ridge, SD 57770
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail        ☐Certified Mail        ☐e-mail:
        ☐Other: