United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-10104-djb
Nathan David Bieber Chapter 13
Joelle Leigh Bieber
Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 4
Date Rcvd: Oct 08, 2026 Form ID: 155 Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| @ | Recipients marked '@' were noticed on Oct 24, 2026. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| @db/jdb | + | Nathan David Bieber, Joelle Leigh Bieber, 20 Windover Drive, Gilbertsville, PA 19525-9453 |
| @15091461 | + | Affirm, 225 Bush St Ste 1600, San Francisco, CA 94104-4249 |
| @15094228 | | Ally Bank c/o AIS Portfolio Services, LLC, Payment Processing Center, PO Box 660618, Dallas TX 75266-0618 |
| @15091467 | + | Aqua, P.O. Box 70279, Philadelphia, PA 19176-0279 |
| @15091475 | + | Klarna, 400 N High Street, Suite 400, Columbus, OH 43215-2096 |
| @15092952 | + | Lakeview Loan Servicing, LLC, c/o Matthew Fissel,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| @15091488 | + | WLCC Lending BGA, DBA Bison Green Lending, PO Box 191, Pine Ridge, SD 57770-0191 |
| @15091489 | | WLCC Lending BGA, DBA Bison Green Lending, #1 Wakpamni Lake Housing, Batesland, SD 57716 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15091460 | | Email/Text: advance.cashbankruptcies@mcilend.com | Oct 09 2026 02:09:00 | Advance Cash, PO Box 10, Parshall, ND 58770 |
| 15106108 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 09 2026 02:16:42 | Affirm, Attn:Bankruptcy Notice, 30 Isabella Street, Floor 4, Pittsburgh PA 15212-5862 |
| 15091463 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 09 2026 02:16:37 | Affirm, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 15091462 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 09 2026 02:16:37 | Affirm, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 15101582 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2026 02:16:33 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15091464 | ^ | MEBN | Oct 09 2026 02:03:21 | Afterpay, 222 Kearny St, #600, San Francisco, CA 94108-4509 |
| 15091465 | ^ | MEBN | Oct 09 2026 02:03:46 | Aidvantage, Po Box 3229, Wilmington, DE 19804-0229 |
| 15091678 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 09 2026 02:16:36 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15091688 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 09 2026 02:16:37 | Ally Bank Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15093509 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 09 2026 02:16:37 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15091466 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 09 2026 02:08:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |

| | | | | |
|---|---|---|---|---|
| 15091468 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 09 2026 02:16:41 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15091469 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 09 2026 02:16:37 | Capital One Auto Finance, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15092593 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 09 2026 02:16:32 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15092949 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 09 2026 02:16:37 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15097002 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 09 2026 02:16:36 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15091470 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 09 2026 02:16:41 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane, La4 - 4025, Monroe, LA 71203-4774 |
| 15091472 | | Email/Text: bankruptcy@diamondcu.com | Oct 09 2026 02:09:00 | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464 |
| 15091471 | ^ | MEBN | Oct 09 2026 02:04:03 | Dept Of Ed/aidvantage, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15091473 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 09 2026 02:09:00 | Internal Revenue Service, P.O Box 7346, Philadelphia, PA 19101-7346 |
| 15111613 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 09 2026 02:09:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15112028 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 09 2026 02:09:00 | Jefferson Capital Systems, LLC, PO BOX 772813, Chicago IL 60677-2813 |
| 15091474 | + | Email/Text: bankruptcy.us@klarna.com | Oct 09 2026 02:09:00 | Klarna, 800 N High Street, Suite 400, Columbus, OH 43215-1430 |
| 15092873 | ^ | MEBN | Oct 09 2026 02:03:33 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15118376 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 09 2026 02:09:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15091476 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 09 2026 02:09:00 | LoanCare Llc, Attn: Bankrutptcy, P.O.Box 8068, Virginia Beach, VA 23450-8068 |
| 15111161 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 09 2026 02:08:00 | MARINER FINANCE, 8110 Corporate Drive, Nottingham, MD 21236-5034 |
| 15105976 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 09 2026 02:16:32 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15091479 | | Email/Text: ml-ebn@missionlane.com | Oct 09 2026 02:08:00 | Mission Lane LLC, Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 15091480 | | Email/Text: EBN@Mohela.com | Oct 09 2026 02:08:00 | Mohela/dofed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15120766 | | Email/Text: EBN@Mohela.com | Oct 09 2026 02:08:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 15091477 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 09 2026 02:08:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15101354 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 09 2026 02:09:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 15091478 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 09 2026 02:09:00 | Met-Ed, PO Box 371422, Pittsburgh, PA 15250-7422 |

| | | | | |
|---|---|---|---|---|
| 15091481 | + | Email/PDF: cbp@omf.com | Oct 09 2026 02:16:36 | OneMain Financial, DBA Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15110259 | + | Email/PDF: cbp@omf.com | Oct 09 2026 02:16:37 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 15091482 | ^ | MEBN | Oct 09 2026 02:03:36 | PA Turnpike By Plate, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 15160212 | | Email/Text: CustomerBankrNotice@paturnpike.com | Oct 09 2026 02:09:00 | Pennsylvania Turnpike Commission, P.O. Box 67676, Harrisburg, PA 17106-7676 |
| 15091483 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 09 2026 02:16:36 | Plusfinance/cws, Attn: Bankruptcy, P.O.Box 9203, Old Bethpage, NY 11804-9003 |
| 15107931 | | Email/Text: bnc-quantum@quantum3group.com | Oct 09 2026 02:09:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 15107664 | | Email/Text: bnc-quantum@quantum3group.com | Oct 09 2026 02:09:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15091484 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Oct 09 2026 02:08:00 | Sezzle, 700 Nicollet Mall, Suite 640, Minneapolis, MN 55402 |
| 15091485 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 09 2026 02:16:32 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15116281 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 09 2026 02:16:41 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15091486 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 09 2026 02:16:40 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15091487 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 09 2026 02:09:00 | US Attorney's Office, 615 Chestnut Street, Philadelphia, PA 19106-4490 |
| 15091906 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 09 2026 02:16:40 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| 15092103 | *+ | Ally Bank Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Joint Debtor Joelle Leigh Bieber CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Debtor Nathan David Bieber CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Nathan David Bieber | ) | Case No. 26−10104−djb |
| | ) | |
| | ) | |
| Joelle Leigh Bieber | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 8, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court